```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 44885
    EVANS QUINONES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-3343

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/07/2004 and was confirmed 02/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  39.00%.

     The case was paid in full 01/28/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
CHRYSLER FINANCIAL CO LL  SECURED            9225.00      1259.82      9225.00
CHRYSLER FINANCIAL CO LL  UNSECURED          1313.39          .00       512.22
BANK ONE ACCEPTANCE CO    SECURED NOT I     12437.23          .00          .00
ECAST SETTLEMENT CORP     UNSECURED          5494.06          .00      2142.68
CITY OF CHICAGO PARKING   UNSECURED           440.00          .00       171.60
US DEPT OF EDUCATION      UNSECURED          9952.85          .00      3881.61
STEFANS STEFANS & STEFAN  REIMBURSEMENT       154.00          .00       154.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY        2,200.00                  2,200.00
TOM VAUGHN                TRUSTEE                                      1,247.11
DEBTOR REFUND             REFUND                                         215.46

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                21,009.50

PRIORITY                                         154.00
SECURED                                        9,225.00
    INTEREST                                   1,259.82
UNSECURED                                      6,708.11
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           1,247.11
DEBTOR REFUND                                    215.46
                       ---------------      ---------------
TOTALS                 21,009.50               21,009.50




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 44885 EVANS QUINONES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE